THERESA ROSENBACH, Respondent, *v.* THE SUPREME COURT OF THE INDEPENDENT ORDER OF FORESTERS, Appellant.

Reported below, 122 App. Div. 897.
(Argued February 17, 1908; decided February 25, 1908.)

MOTION to dismiss an appeal from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered November 21, 1907, affirming a judgment in favor of plaintiff entered upon a verdict and an order denying a motion for a new trial in an action to recover upon a policy of life insurance.

The motion was made upon the grounds that the Appellate Division had unanimously decided that the verdict was sup. ported by the evidence; that no questions of law were presented for review, the exceptions being frivolous and the appeal taken merely for delay.

*Charles Van Voorhis* for motion.

*O. P. Stockwell* opposed.

Motion denied, with ten dollars costs.